IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-03-55(1) |
| | § | C.A. No. C-05-212 |
| ADAN SALAS, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying Defendant Adan Salas' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 19th day of February, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE